IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| GARY A. MANNING, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:07cv951 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| COMMISSIONER OF SOCIAL SECURITY, : | |
| : | |
| Defendant(s). : | |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Timothy S. Black. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on December 22, 2008 a Report and Recommendation (Doc. 12). Subsequently, the defendant filed objections to such Report and Recommendation (Doc. 13) and plaintiff filed a response to the objections (Doc. 14).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendations should be adopted.

Accordingly, the decision of the Commissioner, that Plaintiff was not entitled to supplemental security income or disability insurance benefits beginning on September 30, 2003, is found **NOT SUPPORTED BY SUBSTANTIAL EVIDENCE,** and is **REVERSED.** This matter is **REMANDED** to the ALJ for an immediate award of benefits and as no further matters

remain pending for the Court's review this case is **CLOSED.**

**IT IS SO ORDERED.**

               ___s/Susan J. Dlott_____
               **Chief Judge Susan J. Dlott**
               **United States District Court**