IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| GARY A. MANNING, | : |
| Plaintiff(s), | : |
| vs. | : Case Number: 1:07cv951 |
| | : Chief Judge Susan J. Dlott |
| COMMISSIONER OF SOCIAL SECURITY, | : |
| Defendant(s). | : |

ORDER

The Court has reviewed the Supplemental Report and Recommendation of United States Magistrate Judge Timothy S. Black filed on October 28, 2009 (Doc. 23), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired November 13, 2009, hereby ADOPTS said Report and Recommendation.

Accordingly, the unopposed EAJA fee petition (Doc. 17) is **GRANTED**, and Plaintiff's counsel is **AWARDED** the requested $8,010.07 in fees, to be refunded directly to the claimant as directed by the decision of the United States Supreme Court in *Gisbrecht v. Barnhart,* 535 U.S. 789 (2002).

IT IS SO ORDERED.

   s/Susan J. Dlott          
Chief Judge Susan J. Dlott
United States District Court